IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00839-LTB

STEVEN McCARY,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 1st day of May, 2014.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/K Lyons
         Deputy Clerk